SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:19-CR-00218 MCE
12 |                      Plaintiff,    | [PROPOSED] ORDER TO SEAL
13 | v.                                 |
14 | EDMUND KEMRUD,                     | (UNDER SEAL)
15 |                      Defendant.    |

17     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney VINCENZA
18 RABENN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the
19 arrest of the defendant or until further order of the Court.
20
21
22 Dated: 12-5-2019
                                            The Honorable Edmund F. Brennan
23                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT        1