McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           v.<br><br>EDMUND KEMPRUD,<br><br>                Defendant. | CASE NO. 2:19-CR-218<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: May 7, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By sua sponte minute order of the court issued on January 9, 2020, the status conference in this matter was moved from January 30, 2020 to May 7, 2020 without an order for exclusion of time.

2.      By this stipulation, defendant and the government now move to exclude time from the date of January 30, 2020 through the date of February 11, 2020 under Local Code T4. In addition, the parties request that the Court schedule a status conference on or around February 11, 2020.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes reports, voluminous financial records, and other documentary evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to consult with his client, to review

1    the current discovery, and to discuss potential resolutions with his client.

2        c)     Counsel for defendant believes that failure to grant the above-requested

3    continuance would deny them the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5        d)     The government does not object to the continuance.

6        e)     Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10    et seq., within which trial must commence, the time period of January 30, 2020 through February

11    11, 2020 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

12    Code T4] because it results from a continuance granted by the Court at defendant's request on

13    the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14    best interest of the public and the defendant in a speedy trial.

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 4, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: February 4, 2020

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
EDMUND KEMPRUD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 10, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE