| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>QUINN HOCHHALTER |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND KEMPRUD,<br><br>Defendant. | CASE NO. 2:19-CR-218-MCE-WBS<br><br>STIPULATION REGARDING TRIAL CONFIRMATION HEARING; PRETRIAL FILING SCHEDULE; AND ORDER<br><br>DATE: March 16, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on March 16, 2020, with a jury trial beginning March 24, 2020.

2. By this stipulation, the parties now move to advance the trial confirmation hearing to February 24, 2020, and request the Court order the following pretrial schedule:

3. The parties' witness lists and exhibit lists will be due March 17, 2020, seven calendar days prior to the trial date.

4. The parties' proposed *voir dire* will be due March 17, 2020, seven calendar days prior to the trial date.

5. The parties' proposed jury instructions will be due March 17, 2020, seven calendar days

prior to the trial date.

6. The parties' trial briefs, which will include any motions *in limine*, will be due March 17, 2020, seven calendar days prior to the trial date.

IT IS SO STIPULATED.

Dated: February 14, 2020  McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: February 14, 2020  /s/ DOUG BEEVERS
DOUG BEEVERS
Counsel for Defendant
EDMUND KEMPRUD

## ORDER

**IT IS SO ORDERED:**

1. The trial confirmation hearing is reset for February 24, 2020 at 9:00 a.m.;
2. The parties' witness lists and exhibit lists shall be filed by March 17, 2020;
3. The parties' proposed voir dire shall be filed by March 17, 2020;
4. The parties' proposed jury instructions shall be filed by March 17, 2020;
5. The parties' trial briefs, which will include any motions in limine, shall be filed by March 17, 2020; and
6. All trial documents shall be emailed in Microsoft Word to the court's email address at WBSorders@caed.uscourts.gov immediately upon e-filing.

Dated: February 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE