HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00218-MCE |
| Plaintiff, | STIPULATION AND ORDER RE: HEARING |
| vs. | DATE: June 11, 2020 |
| EDMUND KEMPRUD, | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## STIPULATION

On May 14, 2020, the Court issued a minute order vacating the trial date in the interest of public health and safety. The Court also vacated the Trial Confirmation Hearing and replaced it with a status conference, which is currently set for June 11, and excluded time between those dates.

Through this filing, the defendant states his intention to appear at the June 11 status hearing via videoconference, consistent with General Order 618, rather than waive his appearance under Federal Rule of Criminal Procedure 43.

The parties stipulate and agree that the status hearing may proceed with the defendant appearing by VTC. The parties request that the Court enter an order making the specific findings articulated below:

1) The status hearing in this case cannot be further delayed without serious harm to the interest of justice, given the public health restrictions on physical contact and court closures existing in the Eastern District of California and the defendant's request to proceed to trial as soon as practicable; and

2) The defendant waives his physical presence at the hearing and consents to remote hearing by videoconference and counsel joins in that waiver.

Dated:  June 9, 2020

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Douglas Beevers*
        DOUGLAS BEEVERS
        Attorney for EDMUND KEMPRUD

Dated: June 9, 2020        */s/ Vincenza Rabenn*
        VINCENZA RABENN
        Assistant United States Attorney

Dated: June 9, 2020        */s/ Edmund Kemprud*
        EDMUND KEMPRUD
        Defendant

**ORDER**

1. The court adopts the findings above

2. Further, the Court specifically finds that:

    a. The status hearing in this case cannot be further delayed without serious harm to the interest of justice; and

    b. The defendant has waived his physical presence at the hearing and consents to remote hearing by videoconference.

3. Therefore, based on the findings above, and under the Court's authority under General Order 618, the status hearing in this case will be conducted by videoconference.

IT IS SO ORDERED.

Dated: June 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE