HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00218-MCE |
|---|---|
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | ) |
| EDMUND KEMPRUD, | ) Date: August 19, 2021 |
| Defendant. | ) Time: 10:00 A.M.<br>) Judge: Hon. Morrison C. England, Jr. |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Kemprud, having been advised of his right to appear in person for his trial confirmation hearing, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his August 19, 2021 trial confirmation hearing, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Kemprud further agrees that the trial confirmation hearing in this matter cannot be

1  further delayed without serious harm to the interests of justice, within the meaning of General
2  Order 614.
3       Finally, Mr. Kemprud consents to counsel signing this waiver on his behalf, pursuant to
4  General Order 616.  He stipulates that i) obtaining his wet signature is both impractical and
5  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding
6  this matter; and iii) after said consultation, he consents to his counsel signing this order
7  electronically on his behalf.

                          Respectfully submitted,

Date: August 17, 2021            */s/  EDMUND KEMPRUD*
                                        EDMUND KEMPRUD
                                        DEFENDANT


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Date: August 17, 2021            */s/ Douglas Beevers*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        EDMUND KEMPRUD

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the August 19, 2021 trial confirmation hearing is GRANTED.

IT IS SO ORDERED.

Dated:  August 20, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE