UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND KEMPRUD,<br><br>Defendant. | No. 2:19-cr-00218-MCE<br><br>**ORDER** |

On August 26, 2021, this Court held a status conference in this case in which, due to medical necessity, it vacated the September 13, 2021, trial date and continued the trial until November 29, 2021.  This Court has done everything in its power over the last approximately two months to push this case to trial, even going so far as to refer the matter to a different judge who had earlier trial availability.

///

///

///

///

///

1

1  Now, due to entirely unforeseen medical circumstances, as the Court has already
2  advised the parties, it will be physically impossible for it to preside over the eleven (11)
3  day trial in this case until the end of November.  Given where we are, not later than
4  Monday, August 30, 2021, the parties are directed to file with the Court either: (1) a
5  stipulation to exclude time until the continued trial date; or (2) should they consider it
6  appropriate, a joint request that this Court recuse itself from this case.
7  IT IS SO ORDERED.

9  Dated:  August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2