HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
JAYA GUPTA, # 312138
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDMUND KEMPRUD<br><br>Defendant. | Case No. 2:19-cr-00218-WBS-1<br><br>ORDER TO FILE EXHIBIT A TO DEFENDANT'S ADDITIONAL MOTION IN LIMINE UNDER SEAL |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Defendant's Additional Motion in Limine be granted so that the document is not available on the public docket. The Exhibit is to be provided to the Court and opposing counsel.

This document shall remain under seal until further Order of the Court.

Dated: October 5, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE