PHILLIP A. TALBERT
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>EDMUND KEMPRUD,<br><br>                     Defendant. | CASE NO. 19-CR-218 WBS<br><br>STIPULATION REGARDING TRIAL DELAY DUE TO COVID-19 EXPOSURE<br><br>DATE: November 2, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. A jury was empaneled in the above-captioned case on October 20, 2021.

2. A member of Defendant's household has tested positive for COVID-19. On November 1, 2021, Defendant and a member of defense team, Assistant Federal Defender Jaya Gupta, began experiencing symptoms of COVID-19. On that date, prior to experiencing symptoms, Defendant and Assistant Federal Defenders Jaya Gupta and Douglas Beevers were in a small room together for multiple hours.

3. General Order No. 637 and the Court's prior General Orders may not permit defendant and defense counsel into the Courthouse while they are experiencing COVID-19 symptoms or have had a close exposure to COVID-19.

4. Defendant and defense counsel have agreed to get tested via a Polymerase Chain Reaction ("PCR") COVID-19 Test that will provide results as fast as possible.

5. The parties agree that trial will not resume until Defendant and defense counsel have received negative PCR COVID-19 tests.

6. The parties agree that the Courtroom Deputy may inform the jurors the following:

> There has been a delay in the case and there will be no trial today. You will receive 24 hours' notice before you need to return to the Courthouse and trial will resume.

Dated: November 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney

Dated: November 2, 2021

HEATHER WILLIAMS
Federal Defender

By: /s/ *Douglas Beevers*
DOUGLAS BEEVERS
JAYA GUPTA
Assistant Federal Defenders
Counsel for Defendant
EDMUND KEMPRUD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE