HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00218-WBS |
| Plaintiff, | **WAIVER OF APPEARANCE AND CONSENT TO APPEAR VIA TELECONFERENCE** |
| vs. | |
| EDMUND KEMPRUD, | Date: November 4, 2021<br>Time: 10:00 A.M.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 43, the Defendant, Edmund Kemprud, waives his right to be present at the status conference to be set on November 4, 2021.

Dr. Kemprud, having been advised of his right to appear in person for his status conference, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at the November 4, 2021 status conference.

Mr. Kemprud further agrees that the status conference in this matter cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614, and consents to appear by teleconference as authorized by the CARES Act if the Court prefers.

Finally, Mr. Kemprud consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that i) obtaining his wet signature is both impractical and

imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

Respectfully submitted,

Date: November 3, 2021         */s/ EDMUND KEMPRUD*
EDMUND KEMPRUD
DEFENDANT


HEATHER E. WILLIAMS
Federal Defender


Date: November 3, 2021         */s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorneys for Defendant
EDMUND KEMPRUD


# **O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, his request to waive his presence at the status conference set for November 4, 2021, is GRANTED.

IT IS SO ORDERED.

Dated:  November 4, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE