PHILLIP A. TALBERT
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-218 WBS |
| Plaintiff, | STIPULATION TO CONTINUE MOTION HEARING AND JUDGMENT AND SENTENCING; ORDER |
| v. | |
| EDMUND KEMPRUD, | DATE: January 10, 2022 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record (collectively, the "parties"), hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on the Defendant's motion for a new trial on January 10, 2022. Additionally, by previous order, this matter was set for judgment and sentencing on February 14, 2022.

2. By this stipulation, the parties now move to continue the motion hearing until February 7, 2022 at 9:00 am, and to continue judgement and sentencing until March 21, 2022 at 9:00 am.

3. Additionally, the parties request the following briefing schedule for defendant's motion for a new trial:

///

///

| Event | Old Date | New Date |
|---|---|---|
| Government's Opposition Brief | December 17, 2021 | January 7, 2022 |
| Defendant's Reply Brief | December 28, 2021 | January 18, 2022 |
| Motion Hearing | January 10, 2022 | February 7, 2022 at 9:00 a.m. |

4. Additionally, the parties request the following PSR schedule for judgment and sentencing:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Judgment and Sentencing | February 14, 2022 | March 21, 2022 at 9:00 a.m. |
| Reply, or Statement of Non-Opposition | February 7, 2022 | March 14, 2022 |
| Motion for correction of the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel | January 31, 2022 | March 7, 2022 |
| The PSR shall be filed with the Court and disclosed to counsel | January 24, 2022 | February 28, 2022 |
| Counsel's written objections to the PSR shall be delivered to the Probation Officer and opposing counsel | January 18, 2022 | February 21, 2022 |
| The proposed PSR shall be disclosed to counsel | January 3, 2022 | February 7, 2022 |

5. The parties also agree that good cause exists for these requested continuances. The government has represented that it needs additional time to order and obtain official transcripts, conduct legal research, and generally respond to the issues raised in the defendant's motion for a new trial. At least two events have delayed, and will continue to delay, the government's efforts in preparing responsive briefing. First, a December 14 electrical fire near the Sacramento courthouse has shutdown power at the courthouse and the U.S. Attorney's Office (USAO). This fire has caused courthouse officials to limit access to the building and has caused significant network delays concerning the USAO's computer files. The courthouse is expected to be without power for the next day or longer. Second, the upcoming holidays will also make it difficult for the parties to obtain trial transcripts and access resources for preparing court filings.

6. Good cause also exists to continue judgment and sentencing given the above-requested continuance on the defendant's new trial motion and the impending holidays.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROBERT J. ARTUZ<br>VERONICA M.A. ALEGRÍA<br>Assistant United States Attorney<br>ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| Dated:  December 16, 2021 | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Counsel for Defendant<br>EDMUND KEMPRUD |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE