PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-218 WBS |
| Plaintiff, | STIPULATION TO FILE EXHIBIT UNDER SEAL; ORDER |
| v. | DATE: February 7, 2022 |
| EDMUND KEMPRUD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**INTRODUCTION**

On January 7, 2022, the government filed its opposition to defendant's motion for a new trial under Federal Rule of Criminal Procedure 33. ECF 239. In support of its motion, the government also filed Exhibit A, which includes portions of the trial transcript that are in draft form. ECF 239-1. While the government planned to only cite to the final trial transcripts, it has not yet received copies for all trial days. It has notified the Court Reporter of its request for full transcripts, but the government's budget approval has been delayed due to the recent holidays and staff resources, especially in view of the COVID-19 pandemic. In the meantime, the government recognizes that the draft trial transcripts are not intended to be filed on the public docket. Accordingly, the government requests that the Court permit them to be filed under seal in case the Court wishes to refer to them while the parties' motions are pending and while the full set of trial transcripts are being finalized. The defendant has no objection to this request.

STIPULATION TO FILE EXHIBIT UNDER SEAL         1

**STIPULATION**

Based on the above facts, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record (collectively, the "parties"), hereby stipulate as follows:

1. The parties stipulate that the government's Exhibit A to its opposition brief (ECF 239-1) may be filed with the Court under seal.

2. The parties further stipulate that the current Exhibit A to the government's opposition brief (ECF 239-1) should be removed from the docket and replaced with final, certified copies of the trial transcripts once they become available.

IT IS SO STIPULATED.

Dated:  January 12, 2022                                   PHILLIP A. TALBERT
                                                           United States Attorney


                                                            /s/ ROBERT J. ARTUZ
                                                           VERONICA M.A. ALEGRIA
                                                           Assistant United States Attorney
                                                           ROBERT J. ARTUZ
                                                           Special Assistant U.S. Attorney


Dated:  January 12, 2022                                    /s/ DOUGLAS BEEVERS
                                                           DOUGLAS BEEVERS
                                                           Assistant Federal Defender
                                                           Counsel for Defendant
                                                           EDMUND KEMPRUD

**ORDER**

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The government's Exhibit A (ECF 239-1) to its opposition brief shall be re-filed under seal until further order of the Court.

2. The Clerk shall remove Exhibit A (ECF 239-1) from the public docket.

IT IS SO ORDERED.

Dated:  January 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE