HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
JAYA C. GUPTA, #312138
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDMUND KEMPRUD<br><br>Defendant. | ) | Case No. 2:19-CR-00218 WBS<br><br>STIPULATION AND ORDER TO CONTINUE MOTION REPLY DEADLINE<br><br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Robert Artuz and Veronica Alegria, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Douglas Beevers and Jaya Gupta, that the deadline to file the reply to the opposition to the motion for new trial (ECF 239) shall be continued one week to January 24, 2022. Defense counsel requests this on the grounds that counsel has had difficulty working on this motion due to family members and clients contracting COVID-19 during the past two weeks. Counsel has no symptoms but due to safety protocols counsel avoided his office for several days which interfered with his access to his case notes in this large volume case.

Dated: January 18, 2022

HEATHER E. WILLIAMS
Federal Defender

*<u>/s/ Douglas Beevers</u>*
DOUGLAS BEEVERS

Assistant Federal Defender
Attorney for Defendant
EDMUND KEMPRUD

Dated: January 18, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ Robert Artuz*
ROBERT ARTUZ
Assistant United States Attorney
Attorney for Plaintiff

*/s/ Veronica Alegria*
VERONICA ALEGRIA
Assistant United States Attorney
Attorney for Plaintiff

ORDER

IT IS ORDERED that the deadline for the reply to the opposition to the motion for new trial will now be January 24, 2022.

Dated: January 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE