HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
JAYA GUPTA, # 312138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00218-WBS-1 |
| Plaintiff, | ORDER TO FILE EXHIBIT B TO MOTION IN LIMINE UNDER SEAL |
| vs. | |
| EDMUND KEMPRUD | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit B in Mr. Kemprud's reply in support of the motion for new trial be granted. The Exhibit is to be provided to the Court and opposing counsel.  It is further ordered that Exhibit B shall be replaced with the official transcript once produced.

Dated:  January 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE