HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
DOUGLAS J. BEEVERS (SBN 288639)
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00218-WBS |
| Plaintiff, | **ORDER RE REQUEST TO FILE EXHIBITS A-B TO FORMAL OBJECTIONS UNDER SEAL** |
| v. | |
| EDMUND KEMPRUD, | Judge: Hon. William B. Shubb |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED** that Dr. Kemprud's Request to Seal and Exhibits A and B to his Formal Objections are filed under seal until further order of the Court.

**IT IS SO ORDERED**.

Dated:  April 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE