HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
JAYA GUPTA, # 312138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00218-WBS-1 |
|---|---|
| Plaintiff, | ) ORDER TO FILE EXHIBITS A AND D TO SENTENCING MEMORANDUM UNDER SEAL |
| vs. | ) |
| EDMUND KEMPRUD | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal Exhibits A and D in Mr. Kemprud's sentencing memorandum be granted. The Exhibit is to be provided to the Court and opposing counsel.

Dated: April 20, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Order to Seal Documents* -1-