HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00218-WBS |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| EDMUND KEMPRUD, | Date: May 2, 2022 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. William B. Shubb |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Kemprud, having been advised of his right to appear in person for his sentencing hearing, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his May 2, 2022 status conference, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Kemprud further agrees that the status conference in this matter cannot be further

1  delayed without serious harm to the interests of justice, within the meaning of General Order
2  614.
3      Finally, Mr. Kemprud consents to counsel signing this waiver on his behalf, pursuant to
4  General Order 616.  He stipulates that i) obtaining his wet signature is both impractical and
5  imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding
6  this matter; and iii) after said consultation, he consents to his counsel signing this order
7  electronically on his behalf.

Respectfully submitted,

Date: April 25, 2022      */s/  EDMUND KEMPRUD*
    EDMUND KEMPRUD
    DEFENDANT

    HEATHER E. WILLIAMS
    Federal Defender

Date: April 25, 2022      */s/ Douglas Beevers*
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorneys for Defendant
    EDMUND KEMPRUD

# **O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the May 2, 2022 status conference is GRANTED.

IT IS SO ORDERED.

Dated:  April 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE