PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
ROBERT J. ARTUZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>EDMUND KEMPRUD,<br><br>　　　　　　　　　　Defendant. | CASE NO. 19-CR-0218-WBS<br><br>STIPULATION REQUESTING THE COURT SET AN EVIDENTIARY HEARING ON SEPTEMBER 7, 8, and 9, 2022<br><br>DATE: November 2, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

　　　　Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Robert J. Artuz, and defendant EDMUND KEMPRUD, by through his counsel of record Assistant Federal Defenders Douglas Beevers and Jaya Gupta, hereby request the Court to set an evidentiary hearing regarding Defendant's Sentencing Guidelines on September 7, 8, and 9, 2022.

**STIPULATION**

　　　　1.　　Defendant was convicted by a jury of 14 counts of distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1) on November 19, 2021. (ECF 217, 225.)

　　　　2.　　Defendant's sentencing hearing was set for April 25, 2022. (ECF 261.) At the sentencing hearing, the Court determined that an evidentiary hearing was necessary to determine Defendant's Sentencing Guidelines and ordered the parties to confirm witness availability. (ECF 281.)

　　　　3.　　At a status conference on May 2, 2022, the Court ordered the parties to submit a

stipulation and proposed order setting the evidentiary hearing. (ECF 284.) The parties estimate that the evidentiary hearing will take 2 to 3 days. Defense will endeavor to present as many witnesses as possible within the three-day time frame, but may request additional time if all witness testimony is not completed by the end of three days.

4.  After conferring, the parties jointly request that the Court set the evidentiary hearing regarding Defendant's Sentencing Guidelines on **September 7, 8, and 9, 2022 at 9:00 a.m., to be held in person in Courtroom 5, 14th Floor.**

5.  This stipulation does not preclude the parties from requesting additional dates for the evidentiary hearing if that should become necessary.

IT IS SO STIPULATED.

Dated: May 4, 2022                                PHILLIP A. TALBERT
                                                  United States Attorney

                                          By:  /s/ *Veronica M.A. Alegría*
                                                  VERONICA M.A. ALEGRÍA
                                                  ROBERT J. ARTUZ
                                                  Assistant United States Attorneys

Dated: May 4, 2022                                HEATHER WILLIAMS
                                                  Federal Defender

                                          By:  /s/ *Douglas Beevers*
                                                  DOUGLAS BEEVERS
                                                  JAYA GUPTA
                                                  Assistant Federal Defenders
                                                  Counsel for Defendant
                                                  EDMUND KEMPRUD

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED. The court imposes no limit on the number of witnesses that can be called by either side nor the length of the hearing. The parties are free to call any witnesses that may relate to sentencing, including testimony that relates not just to the calculation of the

///

1  sentencing guidelines but also testimony relating to any of the other sentencing factors in 18 U.S.C. §
2  3553(a).

3  Dated:  May 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE