PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
ROBERT J. ARTUZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 19-CR-0218-WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE EVIDENTIARY HEARING TO NOVEMBER 30 – DECEMBER 2, 2022 |
| v. | |
| EDMUND KEMPRUD, | DATE: September 8, 2022
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Robert J. Artuz, and defendant EDMUND KEMPRUD, by through his counsel of record Assistant Federal Defenders Douglas Beevers and Jaya Gupta, hereby request the Court to continue the evidentiary hearing regarding Defendant's Sentencing Guidelines to November 30 – December 2, 2022.

**STIPULATION**

    1.    Defendant was convicted by a jury of 14 counts of distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1) on November 19, 2021. (ECF 217, 225.)

    2.    The Court has determined that an evidentiary hearing is necessary to determine Defendant's Sentencing Guidelines. (ECF 281.) The parties estimate that the evidentiary hearing will take 2 to 3 days. The evidentiary hearing is currently schedule for September 7–9, 2022. (ECF 286.)

    3.    One of the government's witnesses is no longer available on the currently scheduled

evidentiary hearing dates.

  4. The parties jointly request that the Court continue the evidentiary hearing regarding Defendant's Sentencing Guidelines to November 30 – December 2, 2022.

  IT IS SO STIPULATED.

Dated: August 23, 2022
           PHILLIP A. TALBERT
           United States Attorney

         By: /s/ *Veronica M.A. Alegría*
           VERONICA M.A. ALEGRÍA
           ROBERT J. ARTUZ
           Assistant United States Attorneys

Dated: August 23, 2022
           HEATHER WILLIAMS
           Federal Defender

         By: /s/ *Douglas Beevers*
           DOUGLAS BEEVERS
           JAYA GUPTA
           Assistant Federal Defenders
           Counsel for Defendant
           EDMUND KEMPRUD

## FINDINGS AND ORDER

  The request for a continuance is denied. The court prefers to begin the evidentiary hearing and hear as many of the witnesses as possible on September 7-9, 2022 as scheduled. Then if the hearing needs to be continued because of the unavailability of any additional witness the court can deal with that at that time.

  IT IS SO ORDERED.

Dated:  August 23, 2022
           WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE