HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
EDMUND KEMPRUD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>EDMUND KEMPRUD,<br><br>　　　　Defendant. | Case No. 2:19-cr-00218-WBS<br><br>**STIPULATION AND ORDER TO EXONERATE PROPERTY BOND** |

　　　　Defendant, Edmund Kemprud, by and through his attorney of record, Assistant Federal Defender Douglas Beevers, hereby requests this Court issue the proposed order attached hereto exonerating the $200,000 property bond in the above-captioned case (ECF No. 9), and reconveying the property to the sureties, Edmund P. and Mari Belle Kemprud Trust.  The government does not oppose this request.

　　　　On December 9, 2019, after a detention hearing, Magistrate Judge Allison Claire ordered that Mr. Kemprud be released on a $200,000 bond secured by real property owned by defendant. (ECF No. 7).  The Clerk of the Court received the original Deed of Trust (No. 202-020505) on February 24, 2020. (ECF No. 32.)  Mr.Kemprud was released from custody and ordered to appear at all future proceedings, which he did.

Stipulation and Order to Exonerate Property Bond

-1-

On October 7, 2022, this Court sentenced Mr. Kemprud to a 36 month term of probation. Accordingly, Mr. Kemprud requests the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the sureties, Edmund P. and Mari Belle Kemprud Trust.

Undersigned counsel communicated via email with government counsel, Assistant U.S. Attorney Veronica M.A. Alegría, who has confirmed that the government has no opposition to this request.

Dated: December 21, 2022  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant EDMUND KEMPRUD

Dated: December 21, 2022  PHILLIP A. TALBERT
United States Attorney

*/s/ Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

The Court hereby grants the request to reconvey real property located at 3253 Patina Court, Tracy, CA 95377 described as follows:

> PARCEL ONE:
>
> LOT 66 AS SHOWN ON THE MAP OF TRACT NO. 2983, REDBRIDGE, UNIT NO. 2, FILED FOR RECORD APRIL 17, 2000 IN BOOK 34 OF MAPS AND PLATS, PAGE 96, SAN JOAQUIN COUNTY RECORDS.
>
> CERTIFICATES OF CORRECTIONS TO SAID MAP RECORDED FEBRUARY 7, 2001 AS INSTRUMENT NO. 01018774 AND RECORDED DECEMBER 4,2001 AS INSTRUMENT NO. 01 198706 OF OFFICIAL RECORDS.
>
> PARCEL TWO:
>
> A NON-EXCLUSIVE EMBANKMENT SLOPE EASEMENT OVER THE SOUTHERLY 8 FEET OF LOTS 62 AND 63 OF SAID TRACT.

posted to secure Defendant's pre-trial release and authorizes the Clerk of the United States District Court for the Eastern District of California to complete a new reconveyance of real property to property owner Edmund P. and Mari Belle Kemprud Trust and list the description of the property on the reconveyance as listed above.

IT SO ORDERED.

Dated:  December 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE